IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-102-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| FERNANDO CHAIDEZ | ) | ORDER |
| | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Dylan Bunn, of the Department of Homeland Security.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on March 31, 2026 and April 1, 2026, be transferred to Special Agent Dylan Bunn to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 10 | DEL-Ton rifle in evidence box, magazine, and ammunition |
| 13 | FN 5.7 millimeter handgun in box |
| 14 | 55 Round magazine and rounds |
| 11 | Rock Island Handgun in box |
| 12 | Taurus Revolver in box |
| 30 | Methamphetamine seized from package delivery |
| 29 | Methamphetamine seized from Defendant's jeep |
| 28 | Cocaine found in defendant's jeep |
| 21 | Shotgun in evidence box |
| 31 | Methamphetamine seized from 1227 Emmaus Church Road |
| 15 | Money Seized |
| 25 | Box with sandals |

1

| 18 | Second Box with Sandals |
|---|---|
| 17 | Sandals |

SO ORDERED this the 1st day of April, 2026.

Louise W. Flanagan
United States District Judge


SO ACKNOWLEDGED:

Dylan Bunn, Case Agent

Timothy Severo, Assistant U.S. Attorney

2